**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00205-CV**
_____

**OBERHEIDEN LAW GROUP, PLLC, NICK OBERHEIDEN, OBERHEIDEN, P.C., AND OBERHEIDEN & MCMURREY, LP, Appellants**

**V.**

**CORROSION RESISTANT SOLUTIONS, INC., ET AL., Appellees**

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-202,825**

**ORDER**

The record for this appeal includes a reporter's record of an August 12, 2020 hearing. In connection with the hearing, the parties submitted to the trial court documents marked as confidential exhibits. Pursuant to Texas Rule of Appellate Procedure 34.6(g), the trial court shall forward the following exhibits to the Court of Appeals on or before September 28, 2020:

Plaintiffs' Exhibit A: Email dated January 27, 2017;

1

Plaintiffs' Exhibit B: Email dated March 27, 2017 with attached letter;

Plaintiffs' Exhibit D: Email dated April 13, 2017 with an attached letter enclosing agreement;

Plaintiffs' Exhibit E: Document relating to pharmacy services agreement including email;

Plaintiffs' Exhibit F: Email communications concerning draft agreement;

Plaintiffs' Exhibit G: Email dated July 10, 2017 with draft agreement;

Plaintiffs' Exhibit H: Email dated September 12, 2017 with form notice;

Plaintiffs' Exhibit I: Email, statement of compliance, and agreement;

Plaintiffs' Exhibit J: Documents Bates-stamped OLG002337-OLG2338, and OLG1801;

Plaintiffs' Exhibit K: Email;

Defendants' Exhibit A: Drafts, contracts and email correspondence regarding contracts;

Defendants' Exhibit B: Documents and emails regarding employment agreement;

Defendants' Exhibit C: Emails from Defendants regarding attorney-client relationship;

Defendants' Exhibit D: Emails regarding pharmacist contract;

Defendants' Exhibit E: Emails regarding anesthesia contract;

Defendants' Exhibit F: Emails and documents regarding termination of lease; and

Defendants' Exhibit G: Contract addendum, documents and emails regarding compliance work.

The exhibits will be returned to the trial court when our mandate issues.

ORDER ENTERED September 17, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.